UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angela Vanselow o/b/o,
D.R.V., Minor,
    Plaintiff

v.                              Case No.  1:11-cv-616

Commissioner of
Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed August 24, 2012 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). On September 11, 2012, Plaintiff requested and was granted an extension to October 10, 2012 to file objections to the Report and Recommendation. As of the date of this Order, no objections to the have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner is **AFFIRMED**. This matter is closed.

Date: October 19, 2012                            s/Sandra S. Beckwith
                                                                 Sandra S. Beckwith, Senior Judge
                                                                  United States District Court